IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00959-BNB

MICHAEL A. CARANZA,

       Plaintiff,

v.

KENNETH ROBINSON, State Hospital Police Officer,

       Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's "Motion Requesting Appointment of Counsel" filed on May 9, 2007, and his "Motion Requesting Appointment of Counsel" filed on May 18, 2007, are DENIED as premature. Plaintiff's "Motion Requesting to Submitt [sic] the Following Amended Prisoners Complaint" filed on May 18, 2007, is DENIED as moot because Plaintiff was ordered to file an amended complaint.

Dated: June 21, 2007

---

Copies of this Minute Order mailed on June 21, 2007, to the following:

Michael A. Caranza
Doc# 82920
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                                                                   Secretary/Deputy Clerk