IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00959-WYD-MEH

MICHAEL A. CARRANZA,

     Plaintiff,

v.

KENNETH ROBINSON, State Hospital Police Officer,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 26, 2007.**

     Plaintiff's Motion for Order of Garnishment [Filed September 25, 2007; Docket #20] is **denied**.  The Court does not have the authority to order garnishment of his inmate trust account. Plaintiff must follow procedures of his institution to ensure that the appropriate monthly payments are made.