IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00959-WYD-MEH

MICHAEL A. CARRANZA,

    Plaintiff,
v.

KENNETH ROBINSON, State Hospital Police Officer,

    Defendant.
_____

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**
_____

Plaintiff's Motion Asking Court to Direct U.S. Marshals Office or Clerk of Court to Effect Service of Summons and Civil Action [filed December 27, 2007; doc #31] is **granted**. The Court has already granted the Plaintiff leave to proceed *in forma pauperis* [doc #12]. It is now

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendant at the following address: Kenneth Robinson, 623 S. Simla Drive, Pueblo, Colorado 81007-2749. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendant or counsel for the Defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendant.

Dated this 28th day of December, 2007 in Denver, Colorado.

BY THE COURT:

s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge