IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00959-WYD-KMT

MICHAEL A. CARANZA,

    Plaintiff,

v.

KENNETH ROBINSON, State Hospital Police Officer

    Defendant.
_____

## REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE
_____

**Kathleen M. Tafoya, Magistrate Judge**

    This matter comes before the court *sua sponte* on Plaintiff Michael A. Caranza's failure to respond to the court's orders to show cause. On May 23, 2007, the plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. [Doc. No. 8]. Plaintiff filed paid $2.28 on August 7, 2007 [Doc. No. 18] and $21.89 on September 25, 2007 [Doc. No. 22]. On March 24, 2008, the court issued an Order to Show Cause [Doc. No. 38] requiring Plaintiff to make the required monthly payment or show cause why he has had no assets and no means by which to make the monthly payments for the months of October 2007, November 2007, December 2007, January 2008, February 2008, and March 2008. Plaintiff filed a motion for extension of time/show cause response on March 31, 2008, in which he asked for an extension until May 12, 2008, to pay filing fees in full or to submit an account statement. [Doc. No. 40.]

The court granted that request on June 27, 2008. [Doc. No. 42.] The court does note, however, that Plaintiff did not pay his filing fees by May 12, 2008, nor has Plaintiff paid any amount toward his filing fees or filed an account statement. Plaintiff has failed to make the required monthly payment or show cause why he has no assets and no means by which to make the monthly payments for the months of October 2007, November 2007, December 2007, January 2008, February 2008, March 2008, April 2008, May 2008, June 2008, July 2008, and August 2008.

In addition to failure to make his required monthly payments, Plaintiff has failed to prosecute this action. On July 10, 2007, Judge Wiley Y. Daniel issued an Order Granting Service by the United States Marshals Service. [Doc. No. 15.] On September 26, 2007, the United States Marshals Service returned service to the court unexecuted, stating it was unable to locate the defendant. [Doc. No. 23.] On October 26, 2007, Magistrate Judge Michael E. Hegarty issued an Order to Show Cause in writing why the case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for lack of service. [Doc. No. 26.] On November 14, 2007, Plaintiff filed a response to the Order to Show Cause stating reasons for his failure to serve the defendant. On November 20, 2007, Magistrate Judge Hegarty then issued an order vacating the show cause order, but giving Plaintiff only until December 31, 2007, to effect service on the defendant. [Doc. No. 29.] Plaintiff then filed a motion on December 27, 2007, to serve Defendant at a home address provided by the plaintiff. [Doc. No. 31.] Magistrate Judge Hegarty then issued another Order Granting Service by the United States Marshals Service. [Doc. No. 33.] Again, the United States Marshals Service returned service to the court unexecuted, stating

2

the Kenneth Robinson at the address provided in the Summons was not the Kenneth Robinson being sued as a defendant in this matter. [Doc. No. 39.] On June 20, 2008, this court issued a second order to show cause directing the plaintiff to, on or before July 15, 2008, show cause in writing why this action should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) for lack of service. [Doc. No. 45.] Plaintiff was warned that failure to comply with the order could result in the dismissal of the complaint and this civil action.

Accordingly, it is

**RECOMMENDED** that the Prisoner Complaint and the action be dismissed without prejudice for Plaintiff's failure to comply with the court's orders and for failure to prosecute this action.

## ADVISEMENT TO THE PARTIES

Within ten days after service of a copy of the Recommendation, any party may serve and file written objections to the Magistrate Judge's proposed findings and recommendations with the Clerk of the United States District Court for the District of Colorado. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *In re Griego*, 64 F.3d 580, 583 (10th Cir. 1995). A general objection that does not put the District Court on notice of the basis for the objection will not preserve the objection for *de novo* review. "[A] party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *United States v. One Parcel of Real Property Known As 2121 East 30th Street, Tulsa, Oklahoma*, 73 F.3d 1057, 1060 (10th Cir. 1996). Failure to make timely objections may bar *de novo* review by the District Judge of the Magistrate Judge's

3

proposed findings and recommendations and will result in a waiver of the right to appeal from a judgment of the district court based on the proposed findings and recommendations of the magistrate judge. *See Vega v. Suthers*, 195 F.3d 573, 579-80 (10th Cir. 1999) (District Court's decision to review a Magistrate Judge's recommendation *de novo* despite the lack of an objection does not preclude application of the "firm waiver rule"); *One Parcel of Real Property*, 73 F.3d at 1059-60 (a party's objections to the Magistrate Judge's report and recommendation must be both timely and specific to preserve an issue for *de novo* review by the District Court or for appellate review); *International Surplus Lines Insurance Co. v. Wyoming Coal Refining Systems, Inc.*, 52 F.3d 901, 904 (10th Cir. 1995) (by failing to object to certain portions of the Magistrate Judge's order, cross-claimant had waived its right to appeal those portions of the ruling); *Ayala v. United States*, 980 F.2d 1342, 1352 (10th Cir. 1992) (by their failure to file objections, plaintiffs waived their right to appeal the Magistrate Judge's ruling). *But see, Morales-Fernandez v. INS*, 418 F.3d 1116, 1122 (10th Cir. 2005) (firm waiver rule does not apply when the interests of justice require review).

Dated this 4th day of September, 2008

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge