IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00959-WYD-KMT

MICHAEL A. CARANZA,

    Plaintiff,

v.

KENNETH ROBINSON, State Hospital Police Officer,

    Defendant.

---

**ORDER AFFIRMING AND ADOPTING THE RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on Magistrate Judge Kathleen M. Tafoya's *sua sponte* Report and Recommendation on Plaintiff Michael A. Caranza's failure to respond to the Court's orders to show cause (docket #46). Magistrate Judge Tafoya issued a Recommendation on September 4, 2008, that the above referenced matter be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) for lack of service. (Recommendation at 3.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 3-4.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . .

[judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Tafoya is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced matter should be dismissed without prejudice for Plaintiff's failure to comply with the Court's orders and for failure to prosecute this action. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Tafoya (docket #46) dated September 4, 2008, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated: September 29, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge